UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20053-CIV-MARTINEZ/GOODMAN

DOUG LONGHINI, an individual,

    Plaintiff,

v.

SERGIO'S RESTAURANT, INC., a
Florida Corporation d/b/a SERGIO'S
CAFETERIA and 9330 BIRD, LTD.,
a Florida Limited Partnership,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendants, SERGIO'S RESTAURANT, INC. d/.b/a Sergio's Cafeteria and 9330 BIRD LTD., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' confidential settlement agreement ("**Agreement**"), hereby stipulate and agree to the dismissal of with prejudice of this action, and in support thereof state as follows:

1. This case has been amicably settled and a Settlement Agreement has been executed by the parties hereto.

2. The parties request that the Court enter an Order of Dismissal with Prejudice.

Stipulated this 4th day of May, 2017.

/s/ *Anthony J. Perez*
Anthony J. Perez, Esq.
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Ph (305)553- 3464

/s/ *Patrick Patrisse*
Patrick Patrissi, Esq.
Fla. Bar No. 302996
LERMAN & WHITEBOOK, P.A.
2611 Hollywood Boulevard
Hollywood, FL 33020
Telephone (954) 922-2811

| | |
|---|---|
| Fax (305)271-0467<br>Emails: ajperezlaw@gmail.com<br>agmlaw@bellsouth.net<br>mpomares@lawgmp.com<br>***Attorneys for Plaintiff*** | Facsimile (954) 922-2841<br>Primary Email: patrick@lwlawfla.com<br>Secondary Email: ina@lwlawfla.com<br>Alternate Email: carlos@lwlawfla.com<br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 4th day of May, 2017.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451