UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-20053-CIV-MARTINEZ-GOODMAN

DOUG LONGHINI,

    Plaintiff,

vs.

SERGIO'S RESTAURANT, INC., a Florida
corporation d/b/a SERGIO'S CAFETERIA and
9330 BIRD, LTD., a Florida Limited
Partnership,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [D.E. No. 19]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of May, 2017.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record